(April 20, 1953.)

∎

ALGONQUIN GAS TRANSMISSION COMPANY, Appellant, v. E. W. REALTY CORPORATION, Respondent, et al., Defendants. (Proceeding No. 1.) (And Ten Other Proceedings.) — Motion referred to the court that rendered the decision. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Adel, Wenzel and Beldock, JJ. [See *ante*, p. 893; *post*, p. 1030.]

∎

CITY OF MOUNT VERNON, Respondent, v. AUTOKEFALOS ORTHODOX SPIRITUAL CHURCH OF SAINT GEORGE, THE TROPEOPHOROS, Appellant, et al., Defendants.— Motion referred to the court that rendered the decision. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Nolan, P. J., Carswell, Adel, Wenzel and Beldock, JJ. [See *ante*, p. 899; *post*, p. 1033; 282 App. Div. 725.]

∎

JAMES J. FRANCIS, Appellant, v. TAFT CLEANERS AND DYERS, INC., et al., Respondents.— Motion referred to the court that rendered the decision. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Adel, MacCrate and Beldock, JJ. [See *ante*, p. 893.]

∎

In the Matter of VINCENT J. COLUCCI, Petitioner, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, Respondents. — Motion for leave to appeal to the Court of Appeals denied. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See *ante*, p. 907.]

∎

In the Matter of VIRGINIA REPPER et al., Appellants, against A. HOLLY PATTERSON et al., Constituting the Town Board of the Town of Hempstead, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See *ante*, p. 770.]

∎

In the Matter of the Arbitration between RIVERDALE FABRICS CORP., Appellant, and TILLINGHAST-STILES COMPANY, Respondent.— Motion referred to the court that rendered the decision. Present — Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. In this proceeding to stay a proposed arbitration, this court, on February 2, 1953, reversed an order dismissing the petition and directing that the controversy proceed to arbitration, and granted the application for a stay (*ante*, p. 831), in reliance on *Matter of Level Export Corp. (Wolz, Aiken & Co.)* (280 App. Div. 211) and other cited authority.